```
1   KENNETH A. PETERSON #208101
    ken.peterson@littletonjoyce.com
2   CHRISTOPHER T. OLSEN, #143915
3   christopher.olsen@littletonjoyce.com
    JESSICA S. HERNANDEZ #244501
4   jessica.hernandez@littletonjoyce.com
5   LITTLETON JOYCE UGHETTA PARK & KELLY LLP
    601 South Figueroa Street, Suite 3825
6   Los Angeles, California 90017
7   Telephone: (213) 599-8200
    Facsimile: (213) 228-1980
8
9   Attorneys for Defendant BASF CATALYSTS LLC
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER FORD, | Case No.: 2:10-CV-04224-VBF-(MANx) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| ENGELHARD HANOVIA, INC. and DOES 1 through 100, inclusive, | |
| Defendants. | |

This action was decided by written ruling on July 22, 2011 by the Honorable Valerie Baker Fairbank, United States District Judge.  Pursuant to Rule 78 of the *Federal Rules of Civil Procedure* and *Local Rule* 7-15, the Court found Defendant BASF Catalysts LLC's Motion for Summary Judgment (or in the Alternative, for Summary Adjudication of Claims) appropriate for decision without oral argument. The evidence and argument presented in support and opposition having been fully

- 1 -
JUDGMENT

4001138

1  considered, all issues having been considered, and a decision having been duly
2  rendered:
3      IT IS HEREBY ORDERED AND ADJUDGED that the plaintiff
4  CHRISTOPHER FORD take nothing, that the action be dismissed on the merits,
5  and that Defendant BASF Catalysts LLC recover its costs.

8  Dated: August 8, 2011    By: *Valerie Baker Fairbank*
9      THE HONORABLE VALERIE BAKER FAIRBANK
10     United States District Judge